■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BLUM, Appellant. [48 NYS3d 591]—Order, Supreme Court, New York County (John S. Moore, J.), entered December 15, 2010, which, upon granting defendant's motion for reargument and rehearing to the extent of conducting a rehearing of his risk level determination, adhered to its prior order entered on or about August 10, 2010, adjudicating defendant a level three sexually violent offender pursuant to the Sexual Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Regardless of whether defendant's correct point score is 145 or, as he claims, 125 points, we find no basis for a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The mitigating factors cited by defendant, including scientific and medical evidence, were outweighed by the seriousness of the

underlying sexual offense. Concur—Tom, J.P., Acosta, Richter, Manzanet-Daniels and Kahn, JJ.